UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. SINGLETON, | : | |
| | : | |
| Petitioner, | : | Case No. 2:23-cv-164 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| WARDEN, LEBANON CORRECTIONAL INSTITUTION, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Respondent. | : | |

## ORDER

On January 1, 2023, Petitioner filed a Petition for Writ of Habeas Corpus. (ECF No. 1). On June 4, 2024, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court deny the Petition and dismiss this action with prejudice. (ECF No. 16). The Magistrate Judge also recommended that no certificate of appealability issue with respect to the petition, and that this Court should certify that any appeal would not be taken in good faith and, therefore, deny any request to appeal *in forma pauperis*. Plaintiff was advised of his right to object to the R&R within fourteen days and of the rights he would waive by failing to do so. (*Id*.).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 16), **DENIES** the Petition, and **DISMISSES** this action with prejudice.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 19, 2024